IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


DONALD MINEFIELD,            )
                             )
    Petitioner,              )
                             )     CIVIL ACTION NO.
v.                           )     2:12cv1089-MHT
                             )            (WO)
UNITED STATES OF AMERICA,    )
                             )
    Respondent.              )

OPINION

Petitioner filed what is essentially a habeas-corpus case pursuant to 28 U.S.C. § 2255. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the habeas-corpus request be denied because the required permission has not been obtained from the Eleventh Circuit Court of Appeals. Also before the court are petitioner's objections to the recommendation. After an independent and de novo review of the record, the court concludes that the objections

should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 14th day of January, 2013.

                                               /s/ Myron H. Thompson  
                                     UNITED STATES DISTRICT JUDGE